UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SARAHJAMES BLUM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-12229-JLT |
| | ) | |
| ERIC HOLDER, *in his official capacity as Attorney General of the United States of America*, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR A THREE-WEEK EXTENSION OF TIME TO MARCH 9, 2012, TO ANSWER OR OTHERWISE RESPOND**

Defendant Eric Holder, in his official capacity as Attorney General of the United States of America, by and through his attorney, Deanna L. Durrett, United States Department of Justice, respectfully requests that the time to answer or otherwise respond to Plaintiff's Complaint be extended for twenty-one days to March 9, 2012. This is the first extension requested. Counsel for Plaintiffs has represented that Defendants' request for an extension of time is not opposed.

Plaintiff's Complaint was filed on December 15, 2011, and Defendant was served with the Complaint by certified mail to the United States Attorney's Office for the District of Massachusetts [Doc. # 1, 4]. Thus, an answer or other response is presently due on or before February 17, 2012.

In support of the requested extension, undersigned counsel states that there was a period of time before undersigned counsel was assigned to this matter and received the Complaint, for since the matter as served on the U.S. Attorney's Office for the District of Massachusetts, it was decided that the matter would be handled by the Federal Programs Branch of the Civil Division

of the United States Department of Justice.  In addition, undersigned counsel currently has a substantial brief due in another matter on February 10, 2012 and oral argument set in another case on February 8, 2012.

Wherefore, Defendant requests that the time to answer or otherwise respond be extended to March 9, 2012.


Dated: January 30, 2012			Respectfully submitted,

						TONY WEST
						Assistant Attorney General

						JOHN R. GRIFFITHS
						Assistant Director
						Federal Programs Branch

						  /s/ Deanna L. Durrett
						DEANNA L. DURRETT
						(NY Bar)
						United States Department of Justice
						Civil Division, Federal Programs Branch
						Tel: (212) 264-9232
						Fax: (212) 264-1916
						<u>Mailing Address</u>:
						26 Federal Plaza, Room 346
						New York, NY 10278

						*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.


Date: January 30, 2012        */s/ Deanna L. Durrett*
                                            DEANNA L. DURRETT (NY Bar)
                                            Trial Attorney