UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

SARAHJANE BLUM; RYAN SHAPIRO; LANA
LEHR; LAUREN GAZZOLA; and IVER
ROBERT JOHNSON III,

        Plaintiffs,

        v.

ERIC HOLDER, in his official capacity as Attorney
General of the United States,

        Defendant.
_____

Civil Action No. 1:11-cv-12229

LEAVE TO FILE GRANTED ON
AUGUST 29, 2012

**MEMORANDUM OF BAYSTATE MEDICAL CENTER, INC.
JOINING THE BRIEF *AMICUS CURIAE*
OF THE NATIONAL ASSOCIATION FOR BIOMEDICAL RESEARCH, ET AL.
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Baystate Medical Center, Inc. ("BMC"), hereby joins the brief *amicus curiae* in support of the Defendant's motion to dismiss filed by the National Association for Biomedical Research ("NABR"), the Association of American Medical Colleges, the Association of American Universities, the Association of American Veterinary Medical Colleges, the Association of Public and Land-grant Universities, the Federation of American Societies for Experimental Biology, the Massachusetts Biotechnology Council, the Massachusetts Society for Medical Research ("MSMR"), the General Hospital Corporation d/b/a Massachusetts General Hospital, The Brigham & Women's Hospital, Inc., and The McLean Hospital Corporation.

BMC shares the strong interest of the NABR and other *amici* signatories to the brief in ensuring that the government has the necessary tools to prohibit violent attacks and threats

against its facilities and personnel.  The American Enterprise Terrorism Act, 18 U.S.C. § 43 (2006) ("AETA"), represents a measured and important response to acts by extremists against research facilities and members of the research community.

BMC, located in Springfield, Massachusetts, is an affiliate of Baystate Health, Inc.  BMC is an academic, research, and teaching hospital that serves as the western campus of Tufts University School of Medicine.  BMC is a member of NABR and MSMR.  In BMC's view, knowledge gained through animal research is crucial to medical advances and treatment of human diseases.  BMC permits animal research when there are no alternatives available. BMC takes seriously its responsibility for the humane care of animals in research and education activities.  BMC is concerned that its facilities, researchers, and personnel are potential targets of harassment, intimidation, vandalism, and other criminal activities by animal rights extremists.  BMC has a strong interest in the continued enforcement of the AETA to protect its researchers, personnel, and facilities from illegal threats and violence that inhibit biomedical research and education and deny patients the public benefit of such activities.

BMC respectfully joins in the *amicus* brief submitted by the NABR, et al. in support of the Defendant's motion to dismiss.

September 14, 2012                                    Respectfully submitted,

                                                      BAYSTATE MEDICAL CENTER, INC.


                                                      /s/ Vanessa L. Smith
                                                      BULKLEY, RICHARDSON AND GELINAS, LLP
                                                      1500 Main Street, Suite 2700
                                                      P.O. Box 15507
                                                      Springfield, MA 01115-5507
                                                      (413) 272-6213
                                                      vsmith@bulkley.com


Certificate of Service

I, Vanessa L. Smith, hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 14, 2012.

                                                      */s/ Vanessa L. Smith*
                                                      Vanessa L. Smith